flagman on the westerly side, and by outcries by several other persons, which were given in time to enable him to avoid the train. The judgment and order in each case should be reversed and a new trial granted, costs to abide the event. Jenks, P. J., Thomas, Mills and Rich, JJ., concurred; Stapleton, J., dissented. Judgment and order reversed and new trial granted, costs to abide the event.

Samuel G. Bannar, Respondent, v. James S. Frazer, Appellant.— Motion denied, on condition that plaintiff perfect the appeal, place the case on the December calendar, and be ready for argument when reached; otherwise, motion granted, with costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Thomas A. Clarke, Respondent, v. 1175 De Kalb Avenue Company, Inc., and Another, Appellants.— Motion denied, on condition that appellants perfect the appeal, place the case on the December calendar, and be ready for argument when reached; otherwise, motion granted, with costs.' Present —Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

1175 De Kalb Avenue Company, Inc., Appellant, v. Thomas A. Clarke, Respondent.— Motion denied, on condition that appellant perfect the appeal, place the case on the December calendar, and be ready for argument when reached; otherwise, motion granted, with costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Granite City Soap Company, Inc., Plaintiff, v. Harmony Supply Company and Another, Defendants.—Motion for stay granted, on condition that defendants perfect the appeal, place the case on the calendar for Friday, November 19, 1915, and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

In the Matter of the Probate of a Paper Propounded as the Last Will and Testament of John F. Fournier, Deceased, etc.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

In the Matter of Proving the Last Will and Testament of Mary Oates, Deceased.— Motion granted, on condition that appellant perfect the appeal, place the case on the December calendar, and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

In the Matter of the Application of Charles D. Joslyn for Admission to the Bar.— Application granted. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Barnett Lashinsky and Another, Plaintiffs, v. Ellen Sloan and Others, Defendants — Motion for stay denied, with costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Barnett Lashinsky and Another, Plaintiffs, v. Ellen Sloan and Others, Defendants.— Motion to dismiss appeal granted, with costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Hans Martin, Respondent, v. Anthony Kranz, Defendant, and Robert T. Buttelman, Appellant.— Motion for reargument denied, with ten dol-